IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREBOR J. DUKES, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 16-0381-CG-B |
| | ) |
| YMCA OF SELMA DALLAS | ) |
| COUNTY, et al., | ) |
| | ) |
|    Defendant. | ) |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 19, 2016, is **ADOPTED** as the opinion of this Court.  Accordingly, the Motion to Dismiss and Motion to Strike filed by Defendant Ann Murray (Docs. 3,12) are hereby **GRANTED**.

**DONE and ORDERED** this 7th day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE